**ORIGINAL**

## In the United States Court of Federal Claims

### No. 14-586C
### (Filed: March 13, 2015)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

GEORGE THOMAS BROKAW, et al.,

      Plaintiffs,

v.

THE UNITED STATES,

      Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

**FILED**

MAR 1 3 2015

U.S. COURT OF
FEDERAL CLAIMS

---

### ORDER

---

On December 31, 2014, the Court issued an Order dismissing all claims except for a potential Fifth Amendment takings claim and directing Plaintiffs to file an amended complaint on or before February 1, 2015, should they wish to pursue a takings claim. Because Plaintiffs did not file an amended complaint or any other appropriate submission, they have failed to comply with this Court's Order and prosecute this action.

The Clerk of Court is directed to dismiss Plaintiffs' Complaint for failure to prosecute.

Mary Ellen Coster Williams

**MARY ELLEN COSTER WILLIAMS**
Judge